# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Stephen Gilbert

                      Plaintiff,

v.                                                  Case No.: 1:18−cv−05662
                                                          Honorable Robert W. Gettleman

City Of Chicago, et al.

                      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision and settlement. (cn) Mailed notice.

Dated: November 28, 2018

                                                                                  /s/ Robert W. Gettleman

                                                                                  United States District Judge