# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Stephen Gilbert

                       Plaintiff,

v.                                                 Case No.: 1:18−cv−05662
                                                          Honorable Robert W. Gettleman

City Of Chicago, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 3, 2018:

      MINUTE entry before the Honorable Michael T. Mason:This case has been referred to Magistrate Judge Mason. Status hearing set for 1/24/2019 at 10:00 a.m. in courtroom 2266.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.