**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Stephen Gilbert

                        Plaintiff,

v.                                     Case No.: 1:18–cv–05662
                                     Honorable Robert W. Gettleman

City Of Chicago, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation [35] this case is dismissed without prejudice, to be automatically converted to dismissal with prejudice on 4/2/2019 unless a party has moved to extend this date prior to 4/2/2019. Each side shall bear its own costs and attorneys' fees. Status hearing set for 9/17/2019 is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.